No. 01–8085. FISHER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8086. GUSTIN v. WARD. C. A. 10th Cir. Certiorari denied.

No. 01–8090. DAVIS v. COFFEE COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8091. COCHRAN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 01–8093. COBB v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8098. McCULLOUGH v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8103. BELL v. JACKSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8105. BREWER v. WISCONSIN DIVISION OF VOCATIONAL REHABILITATION SERVICES ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–8106. CLARK v. FATKIN, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 01–8110. WILLIAMS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–8111. WARNER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8112. BROCK v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 01–8116. LARKIN v. GALLOWAY ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–8120. LUGO v. HORSELEY. C. A. 9th Cir. Certiorari denied.